GEORGE W. MAWHINNEY, Respondent, v. MILLBROOK WOOLEN MILLS, INC., Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Mills, Rich, Putnam and Kelly, JJ.

JOSEPHINE L. MAYBECK, Respondent, v. NEW YORK MUNICIPAL RAILWAY CORPORATION and NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

PATRICK SHARKEY, Plaintiff, v. KATE FLOOD, Respondent, Impleaded with JOSEPH CRESCENT and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

STEPHEN C. BALDWIN, Respondent, v. JOHN ALLEN DILLON, Appellant.— Order affirmed, with ten dollars costs and disbursements. We think each of the causes of action set forth in the complaint constitutes one cause of action. There was but one contract and one breach of contract, and upon this plaintiff must stand or fall. " The single wrong has given rise to a single right, which may be established by as many different facts as the nature of the case may justify or demand." ( *Payne* v. *N. Y., S. & W. R. R. Co.*, 201 N. Y. 436, and cases cited.) Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

ERNST F. FOERSTER, Appellant, v. CHRISTINA AMATO, Respondent, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of East Twenty-first Street, etc., in the Thirty-first and Thirty-second Wards, Borough of Brooklyn, The City of New York. MANOR REALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Kelly and Jaycox, JJ., concurred; Blackmar, J., not voting.

In the Matter of the Application and Petition of J. EDWARD SIMMONS and Others, Constituting the Board of Water Supply of the City of New York, Respondents, to Acquire Real Estate, under Chapter 724 of the Laws of 1905, in the City of Yonkers, Westchester County, New York, Hill View Reservoir, Section No. 2, Contiguous Damage Claims. WAKEFIELD TERMINAL IMPROVEMENT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

JOSEPH MAHNECH, an Infant, by JULIUS MAHNECH, His Guardian ad Litem, Respondent, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $30,000, in which event the judgment, as so modified, and the order are unanimously affirmed, without costs. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.